UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

LYUDMILA SYROCHKINA,                                  :

                                                      :      ORDER

                         Plaintiff,

                                                      :      26 Civ. 558 (RA) (GWG)

          -v.-

                                                      :

NYU LANGONE HEALTH et al.

                                                      :

                         Defendants.                  :

------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        This Order is issued to correct a typographical error in the first sentence of the first full paragraph on page 2 of the Order dated February 11, 2026 (Docket # 20).  That paragraph should read as follows:

        To the extent plaintiff seeks to file an amended complaint that contains new or additional exhibits, she is entitled to file an amended complaint "as a matter of course" — that is, without the permission of the Court — as long as she does so earlier than 21 days after service of the original complaint.  See Fed. R. Civ. P. 15(a)(1).  If plaintiff files an amended complaint and has already served only the original complaint, she will have to re-serve the amended complaint by the means permitted under Federal Rule of Civil Procedure 4.  If plaintiff files an amended complaint but has not already served the original complaint, she need not serve the original complaint; instead, she need only serve the amended complaint.

        SO ORDERED

Dated:  February 10, 2026
        New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge