UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LYUDMILA SYROCHKINA,                               :

                                                   :    ORDER
                         Plaintiff,
                                                   :    26 Civ. 558 (RA) (GWG)
        -v.-
                                                   :

NYU LANGONE HEALTH et al.                          :

                                                   :
                         Defendants.               :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        By separate order, the Court is granting pro se plaintiff's application to proceed in forma pauperis, that is, without prepayment of fees.  Accordingly, plaintiff is now is entitled to rely on the U.S. Marshal to effectuate service.  See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

        Plaintiff has filed a series of affirmations indicating that certain defendants have already been served: specifically, "Officer Sharhan" of the New York Police Department's 50th Precinct, NYU Langone Health, and Jonathan Kobles.  See Docket ## 35, 36, 37.  There is no indication that the remaining defendants named in the amended complaint (Docket # 22) have been served.

        Before the Court can order the U.S. Marshals Service to serve any defendant, however, plaintiff must provide an address for that defendant.  The amended complaint does not provide addresses of service for the following defendants: Jacobi Hospital; "RN Ofoma"; Galina Makina; "Compliance Officer Acosta"; Peter Stecker; Jessica Moran; and David Tennenbaum.

        Accordingly, plaintiff is ordered to file on or before March 18, 2026, a letter that contains the name of each unserved defendant listed in the Amended Complaint followed by an address where that defendant may be served.

        After the filing of this list, the Court will issue an order directing the Clerk to issue summonses and directing U.S. Marshal to effectuate service.  The time to serve the defendants is extended to June 1, 2026.

        SO ORDERED

Dated:  March 11, 2026
        New York, New York


                                                   _____
                                                   GABRIEL W. GORENSTEIN
                                                   United States Magistrate Judge