UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

LYUDMILA SYROCHKINA,                                            :

                                                               :        ORDER OF SERVICE

                         Plaintiff,

                                                               :        26 Civ. 558 (RA) (GWG)

        -v.-

                                                               :

NYU LANGONE HEALTH et al.

                                                               :

                         Defendants.                           :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        The Court has granted pro se plaintiff's application to proceed in forma pauperis.  See
Order, dated Mar. 11, 2026 (Docket # 39).  Accordingly, plaintiff is now is entitled to rely on the
U.S. Marshals Service to effectuate service.  See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

        Plaintiff has filed a series of affirmations indicating that certain defendants have already
been served: specifically, "Officer Sharhan" of the New York Police Department's 50th Precinct,
NYU Langone Health, Ashley Acosta, and Jonathan Kobles.  See Docket ## 35, 36, 37, 41.
There is no indication that the remaining defendants named in the amended complaint (Docket
# 22) — namely, Jacobi Hospital, "RN Ofoma," Galina Makina, Peter Stecker, Jessica Moran,
and David Tennenbaum — have been served.

        To facilitate service on the remaining defendants, the Court ordered plaintiff to provide
their addresses.  See Order, dated Mar. 11, 2026 (Docket # 40).  Plaintiff has done so.  See Letter
from Lyudmila Syrochkina, dated Mar. 13, 2026 (Docket # 51).  We reproduce these addresses
below:

        Jacobi Medical Center (NYC Health + Hospitals)
        c/o Office of Legal Affairs
        50 Water Street, 17th Floor
        New York, NY 10004

        "RN Ofoma,"
        Jacobi Medical Center
        c/o Office of Legal Affairs
        50 Water Street, 17th Floor
        New York, NY 10004

        PA Galina Makina
        Jacobi Medical Center
        c/o Office of Legal Affairs
        50 Water Street, 17th Floor
        New York, NY 10004

Peter Stecker, NYS Homes & Community Renewal (HCR)
c/o Office of Rent Administration
641 Lexington Avenue
New York, NY 10022

Jessica Moran, NYS Homes & Community Renewal (HCR)
c/o Office of Rent Administration
641 Lexington Avenue
New York, NY 10022

David Tennenbaum
49 West 27th Street
New York, NY 10001

See id. at *2.

The Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of the above-listed defendants. The Clerk of Court is further instructed to issue a summons and deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service upon these defendants.

SO ORDERED

Dated: March 23, 2026
New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2