UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LYUDMILA SYROCHKINA,                                   :

                                                       :          ORDER
                              Plaintiff,
                                                       :          26 Civ. 558 (RA) (GWG)
            -v.-
                                                       :

NYU LANGONE HEALTH et al.
                                                       :

                              Defendants.              :
------------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        This Order is issued with regard to plaintiff's motions to file a "supplemental pleading,"
to file a second amended complaint, and to file "supplemental exhibits" (Docket ## 79, 86, and
98) — all of which have been filed in relation to the pending motions to dismiss (Docket ## 77
and 89).

        In light of plaintiff's pro se status, the Court will permit plaintiff to amend and/or
supplement her complaint once again.  Plaintiff must be aware, however, that any new complaint
(which shall be called the "Second Amended Complaint") will completely replace the existing
Amended Complaint (Docket # 22).  Thus, plaintiff must include all pertinent allegations, attach
any desired exhibits, and list all defendants in the Second Amended Complaint.  Any such
Second Amended Complaint shall be filed by May 15, 2026.[1]

        To permit an orderly presentation of any motions to dismiss by defendants, the Court has
concluded that all motions to dismiss should be filed at the same time and according to the same
briefing schedule.  The Court will set the schedule for any motions to dismiss (which are
returnable before Judge Abrams) after all defendants have been served and their time to answer
has expired.

        All defendants must still timely respond to the operative complaint (either the complaint
they were served with or the Second Amended Complaint, if they have already appeared) in
accordance with Fed. R. Civ. P. 12.  To timely respond, a defendant must either (1) file an answer
by the due date or (2) file a brief letter addressed to the undersigned stating its intention to file a
motion to dismiss.  If filing a letter, the defendant need not explain the legal basis for the motion.

---

[1] The Court references "exhibits" only because in Docket # 98, plaintiff has sought to put new
exhibits into the record in response to a motion to dismiss.  If these exhibits are necessary to the
presentation of plaintiff's claims, they should be annexed to the Second Amended Complaint, not
filed in response to a motion to dismiss.

In light of the Court's granting permission to plaintiff to file  Second Amended Complaint,  the pending motions to dismiss (Docket ## 77 and 89) are deemed withdrawn. Consistent with the previous paragraph, within 21 days of the filing of the Second Amended Complaint, the defendants who filed these motions shall either file answers or letters addressed to the undersigned stating that they intend to file new motions to dismiss or reinstate their prior motions to dismiss.

The Clerk of Court is directed to terminate the motions at Docket ## 79, 86 and 98 and to mark as withdrawn Docket ## 77 and 89.

SO ORDERED

Dated: April 24, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

2