UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LYUDMILA SYROCHKINA,                                          :

                                                             :          ORDER

                            Plaintiff,

                                                             :          26 Civ. 558 (RA) (GWG)

          -v.-

                                                             :

NYU LANGONE HEALTH et al.

                                                             :

                            Defendants.                      :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

        In a letter filed on March 31, 2026 (Docket # 71), plaintiff requests "an order compelling Defendants to produce the Electronic Medical Record ('EMR') audit trails, metadata, and related electronically stored information for plaintiff's records for August 4-8, 2025," along with "a preservation order preventing alteration of those materials."  Docket # 71 at 1.  The request is denied for the reasons given in the Court's Order dated April 1, 2026 (Docket # 69), and its Order dated February 10, 2026 (Docket # 20).  Plaintiff asserts reconsideration is warranted by "changed circumstances and new evidence," which she describes in her letter.  See Docket # 71 at 1-2.  But any purported changed circumstances or new evidence does not change the principle that plaintiff "may not seek discovery from any source before the parties have conferred as required by Rule 26(f)" of the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 26(d)(1); see Order dated Apr. 1, 2026 (Docket # 69) at 2; Order dated Feb.10, 2026 (Docket # 20) at 2.  Because the Court will be entering a single discovery schedule covering all defendants, no such conferral shall take place until all defendants have been served and have responded to the operative complaint.

        As for the requested "preservation order," the Court has already noted that where any defendant has notice of this case, that defendant is already obliged to preserve evidence.  See Order dated Apr.1, 2026 (Docket # 69) at 2; Order dated Feb. 10, 2026 (Docket # 20) at 2.  Nothing plaintiff states in her letter suggests any action from the Court is required with regard to preservation.

The Clerk of Court is directed to terminate the motion at Docket # 71.

SO ORDERED

Dated: April 24, 2026
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge