UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYUDMILA SYROCHKINA,

                Plaintiff,

        v.

NYU LANGONE HEALTH, DR. KOLBES,
COMPLIANCE ACOSTA, JACOBI
HOSPITAL, RN OFOMA, PA MAKINA,
NYPD 50TH PRECINCT, OFFICER
SHARHAN, NEW YORK STATE HOMES &
COMMUNITY RENEWAL, HRC PETER
STECKER, HRC JESSICA MORAN, DAVID
TENNENBAUM,

                Defendants.

26-CV-558 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff's request for a temporary restraining order, Dkt. No. 70, is denied for failure to show irreparable harm. As stated in the Court's order of February 2, 2026, Dkt. No. 13, a showing of irreparable harm is necessary to secure preliminary injunctive relief. Plaintiff asserts that her medical records (which the NYU defendants allegedly altered) "appear intended for use in an Article 81 guardianship proceeding to fabricate claims of incapacity." Dkt. No. 70 at 2. This is not sufficient to show irreparable harm because plaintiff has not shown that she is "actual[ly] and imminent[ly]" threatened with a fraudulent Article 81 guardianship proceeding. *Rodriguez ex rel. Rodriguez v. DeBuono*, 175 F.3d 227, 234 (2d Cir. 1999) (citation and internal quotation marks omitted).

The Clerk of Court is hereby respectfully directed to terminate the motion pending at Dkt. No. 70.

SO ORDERED.

Dated:    April 27, 2026
         New York, New York

                                    Ronnie Abrams
                                    United States District Judge