UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

| | | |
|---|---|---|
| LYUDMILA SYROCHKINA, | : | |
| Plaintiff, | : | ORDER OF SERVICE |
| -v.- | : | 26 Civ. 558 (RA) (GWG) |
| NYU LANGONE HEALTH et al. | : | |
| Defendants. | : | |

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

This Order addresses plaintiff's letters at Docket ## 126, 128.

Docket # 126

In Docket # 126, plaintiff asks the Court to docket various process receipts issued by the U.S. Marshals Service and various "affirmations of non-service." The materials plaintiff wishes to docket, see Docket # 126 at *4-11, are already on the docket, and have now been docketed again by virtue of plaintiff filing her letter.

Plaintiff asks us to note that defendant Jacobi Hospital has been served. Indeed, multiple docket entries already reflect that this is so. See Docket ## 122, 123.

Plaintiff seeks more time to serve defendants Galina Makina, David Tennenbaum, and "RN Ofoma." The Court has already extended plaintiff's time to serve as-yet unserved defendants to August 6, 2026. See Docket # 118. The Court will now extend that time for an additional 30 days, to September 6, 2026.

Plaintiff asks us to "direct further service efforts" vis-à-vis defendant Tennenbaum to a new address: 5676 Riverdale Ave., Ste. 307, Bronx, NY 10471. The U.S. Marshals Service will be asked to serve the Amended Complaint on defendant Tennenbaum at this address. Plaintiff also seeks information on efforts to serve defendant Tennenbaum. The Court has no update to provide at this time. Inasmuch as the Court is asking the U.S. Marshals Service to effectuate service on Tennenbaum at the new address, the U.S. Marshals Service will be filing a return of service in due course.

Any other requests for relief in Docket # 126 are denied.

Docket # 128

In Docket # 128, plaintiff takes issue with the fact that the process receipts issued by the U.S. Marshals Service are attributed to her in the ECF system even though she did not personally

file them. See Docket # 128 at 1. The Court notes plaintiff's clarification and understands that the docketing of these documents is a function of how the ECF system operates.

The request for an extension of time to serve defendants Makina, Tennenbaum, and "RN Ofoma" has been granted as stated above. The request to "stay any dismissal for non-service" as to these defendants is thus premature. Docket # 128 at 2.

As for the request to serve Makina and "RN Ofoma" by alternative means, the Court notes that these defendants are alleged to be employees of Jacobi Hospital. See Docket # 109 at 2. The Court hereby directs Mr. Patrick J. Brennan to file a letter on or before July 28, 2026, that either (1) indicates that he is authorized to accept service of the Amended Complaint on these defendants' behalf and that these defendants undertake to respond to the Amended Complaint within 21 days of the filing of the letter or (2) states Jacobi Hospital's position as to why discovery should not be permitted (now or upon its filing of a response to the Amended Complaint) solely for the purpose of obtaining home addresses for these defendants so that service may be made.

Any other requests for relief in Docket # 128 are denied.

Summary of Relief as to Service

The Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for

David Tennenbaum
5676 Riverdale Ave., Ste. 307
Bronx, NY 10471

The Clerk of Court is further instructed to issue a summons and deliver to the U.S. Marshals Service all the paperwork necessary for the U.S. Marshals Service to effect service upon David Tennenbaum of the Amended Complaint.

SO ORDERED

Dated: July 15, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge