UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LYUDMILA SYROCHKINA, :

Plaintiff, : **ORDER**

-v.- : 26 Civ. 558 (RA) (GWG)

NYU LANGONE HEALTH et al. :

Defendants. :

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

The Court's Order of August 13, 2026 (Docket # 148) did not give permission to file a Third Amended Complaint. Instead, it directed plaintiff file a letter or motion that attaches a copy of the proposed Third Amended Complaint.

In contravention of this directive, a Third Amended Complaint was filed on the Docket as Docket # 152. Because this filing has not been authorized, the Clerk is directed to strike Docket # 152 from the record.

The Court will extend plaintiff's deadline to comply with the terms of the August 13, 2026, Order until September 4, 2026. If plaintiff files the letter or motion required by that Order, the letter or motion should give reasons why the Court should grant leave to file the Third Amended Complaint. Any party opposing the request may file a response within 14 days after the filing of the letter of the motion. Plaintiff may file a reply within 7 days thereafter.

Finally, the Clerk is directed to terminate the letter motion requesting an accommodation as stated in Docket # 151. The Court sees no need to rule on the request at this time as plaintiff will be permitted in the short term to satisfy her litigation obligations solely through written means. The Court will address plaintiff's request for accommodation with respect to oral communications at a later or time or in the event a party to this case seeks to require plaintiff to engage in oral communications for purposes of this litigation.

SO ORDERED

Dated: August 27, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge