MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYUDMILA SYROCHKINA,

Plaintiff,

-against-

NYU LANGONE HEALTH, DR. KOLBES, COMPLIANCE ACOSTA, JACOBI HOSPITAL, RN OFOMA, PA MAKINA, OFFICER SHARHAN NYPD 50TH PRECINCT, HRC PETER STECKER NEW YORK STATE HOMES & COMMUNITY RENEWAL, HRC JESSICA MORAN NEW YORK STATE HOMES & COMMUNITY RENEWAL, DAVID TENNENBAUM, NEW YORK STATE HOMES & COMMUNITY RENEWAL – HCR, NYPD 50TH PRECINCT,

Defendants.

**NOTICE OF MOTION**

Case No. 1:26-cv-00558-RA-GWG

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss, dated August 27, 2026; and upon all the pleadings and proceedings heretofore had herein, Defendants NYU Langone Hospitals, Jonathan Kobles, M.D., and Ashley Acosta, will move this Court, before the Honorable Ronnie Abrams, United States District Judge, of the United States District Court, Southern District of New York, at the United States Courthouse, located at 40 Foley Square, Courtroom 1506, New York, New York 10007, at a date and time set by the Court, for an Order, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Second Amended Complaint in its entirety with prejudice and granting such other and further relief as the Court deems just, equitable, or proper.

Dated: Garden City, New York
August 27, 2026

GARFUNKEL WILD, P.C.
*Attorneys for Defendants NYU Langone Hospitals, Jonathan Kobles, M.D., and Ashley Acosta*

By: *_/s/ Lauren M. Levine_*
Lauren M. Levine
Nicholas M. Summo
Jonathan G. Klobus

900 Stewart Avenue, 4th Floor
Garden City, New York 11530
(516) 393-2200

**By ECF and FedEx**

TO: Lyudmila Syrochkina
147 W. 230th Street, Apt. 1F
Bronx, New York 10463

**By ECF**

TO: All counsel of record.

As the Court stated in its Order of July 23, 2026 (Docket # 138), "no motion to dismiss shall be filed until the Court issues an order permitting the filing of any such motion." Inasmuch as no such order has been issued, the instant motion is deemed withdrawn. It is the Court's intention to have motions to dismiss by all defendants filed in accordance with the same briefing schedule. The Court will issue an Order setting a briefing schedule after all defendants have been served (or if it becomes apparent that service will not be possible or timely as to all defendants).

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 28, 2026



4909-9796-6794v.1