UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
LYUDMILA SYROCHKINA, :

: ORDER

Plaintiff,

: 26 Civ. 558 (RA) (GWG)

-v.-

:

NYU LANGONE HEALTH et al.

:

Defendants. :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge:**

This Order is issued with respect to the motion to file a supplemental pleading (Docket ## 202/203).

If any party objects to the filing of the proposed supplemental pleading, that party shall file its opposition to the application on or before November 24, 2026. Any failure to oppose will have no effect on any party's ability to argue in the future that the allegations in the Supplemental Complaint (in combination with the existing allegations in the Third Amended Complaint) fail to state a claim.

The Court expects to rule on plaintiff's motion promptly --- likely on November 25, 2026. Nonetheless, because the supplemental pleading may affect the parties' briefing on the planned motions to dismiss, the Court adjusts the briefing schedule of that motion as follows:

| | |
|---|---|
| Defendants' motions due: | December 7, 2026 |
| Plaintiff's responses due: | December 28, 2026 |
| Defendants' replies due: | January 11, 2027 |

The motions remain returnable before Judge Abrams and the provisions of Docket # 195 and 196 otherwise remain in effect.

SO ORDERED

Dated: November 20, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge